**No. 46322.**—Protest 66111–K of Georg Jensen Handmade Silver, Inc. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel that the merchandise consists of silver butter spreaders similar in all material respects to those the subject of *William Adams, Inc.* v. *United States* (6 Cust. Ct. 156, C. D. 452) the claim at 16 cents each and 35 percent ad valorem under paragraph 355 and T. D. 49753 was sustained.

**No. 46323.**—Protest 721967–G of Bullocks, Inc.  (Los Angeles).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel the candleholders and the chromium table in question were found dutiable as household utensils at 40 percent under paragraph 339, following Abstracts 43040, 43522, and 43523.  In accordance therewith the claim at 40 percent under paragraph 339 was sustained.